UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE CONTINENTAL INSURANCE COMPANY,

       Plaintiff,     **ECF CASE**

   - against -

               08 Civ. 4795 (NRB)

M.T.S. SHIPPING & FORWARDING GROUP,
UNITED PARCEL SERVICE, UNITED PARCEL
SERVICE-SUPPLY CHAIN SOLUTIONS
and AIR-MARK/UPS AIR CARGO,

       Defendants.
------------------------------------------------------------X

   Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel for defendant MTS ( private non-governmental parties) certifies that the following are corporate parents, subsidiaries, and/or affiliates of said party which are publicly held:

None

  7/21/08         S/ _____
Date                  PETER J. ZAMBITO