State of New York )
: ss:
County of New York )

LISA GACCIONE, being duly sworn deposes and says:

That deponent is not a party to the action is over 18 years of age and resides at Brooklyn, New York.

That on the 5th day of September 2008 deponent served the within Answer and Crossclaim upon:

United Parcel Service/United Parcel Service Supply Chain Solutions
c/o UPS Supply Chain Solutions
150-30 132nd Avenue
Jamaica, New York 11434

Air-Mark/UPS Air Cargo
c/o Tank Zafer Tunaya
Sok Gümüssyu Îs Merkezi Kat 4
Istanbul, Turkey

at the address(es) designated by said attorney(s) for the purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

Lisa Gaccione

Sworn to before me this 5th
day of September 2008

NOTARY PUBLIC

PETER J. ZAMBITO
Notary Public, State of New York
No. 60-9786318
Qualified in Westchester County
Commission Expires August 31, 2010